# United States District Court
# District of New Hampshire



WARREN PICARD
_____
Plaintiff

Class: M.C.D.O.I.C.) V Superintendent White,
Cocation Officer Fryburg, PA July et al
Physicians Assistant Judy Y
_____
Defendant(s)

Civil Action No. __1:15-cp-105__
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(✓) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND

## *COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983*

I. <u>Parties</u>

A. Please provide the following information for each plaintiff:

1. Name __Picard__   __Warren__   __R__
   (Last)            (First)      (Initial)

2. Place of Detention __Merrimack County Dept of Corrections.__

3. Institutional Address __314 D.W. Hight Way, Boscawen N.H.__
   __03303__

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

   ☑ Pretrial Detention Order
   ☐ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed __3/1/15__

Continued From
Allegation 1 Page 4

Statement of Claim [Page 1
Picard vs N.C.D.O.C./Medical Dept et al

U.S. DISTRICT COURT
DISTRICT OF N.H
FILED
2015 MAR 25 A 11:55

Medical Dept PA Judy F

1) State of N.H.
2) State of N.H.
3) Continued From Allegation 1 Page 4
4) As to the harm being done to the Plaintiff and damages: Plaintiff does not sleep correctly, think correctly, has mood swings from mania to depressed. My manic stages result in sleep deprivation, and irrational thinking. I can't put things in perspective and have trouble with understanding what's going on with my court cases and have trouble communicating with my three different attorneys.

Plaintiff questions that by not being afforded his mental health meds if it has not already affected his criminal matters when he doesn't show up for court.

One has a right to be mentally fit weather going to court or not, I need med to just function day to day, IE: shower, eat, sleep, socialize ect I'm a presence in NHCC and my 14th Amendment rights are being violated as well as my 8th Amendment rights. My worry now is will medical, will this whole jail, retaliate against me for filing this complaint which of course be a 1st Amendment violation.

This is all about two simple pills not even costly (in the world of pharmaceuticals) to buy. If it's a cost consideration then this medical dept is putting my life and well being into jeopardy.

Mental abuse and physical abuse are one in the in the eyes of the 8th + 14 Amendment ———

[Page 2]
Continued from
Allegation 3
Page 5

STATEMENT OF CLAIM                                [Page 2]

Picard v M.C.A.O.C. / Medical Dept et al

Superintendent Wrenn

STATEMENT OF CLAIM

1) STATE OF N.H.
2) STATE OF N.H.
3) Continued from Allegation 3 Page 5
4) getting Beat up By guards every Day
[Plaintiff has a history of mental illness, Bi-Polar, for some 30 years, has been hospitalized over 40 times.] Plaintiff can't sleep, Goes from mania to depressed in a matter of Days. All this while trying to fight criminal cases now in the courts.

over

Plaintiff is very concerned that given the fact he does not recieve his Bi Polar med, Depacote + Thorzine, that he is at a disadvantage to make rational decisions in court as well as just day to day events while in jail. Not to mention depressed to the point of Hopelessness and mania to the point of no sleep.

Plaintiff was in this jail for a month 2 months prior to this time and medical dept did the same thing, and that was "stone wall" him as to why I was not getting my meds, and once again the same treatment this time around. Plaintiff refuses to go to some court dates because of his state of mind. Plaintiff questions if he has lost out on a chance of getting the criminal matters facing him in court because of his failing mental health issues because of no meds, Depacote, + Thorzine.

Continued From Allegation B
~~Page~~ Page ~~6~~ 5

STATEMENT OF CLAIM
Picard vs N.H.D.O.C./Medical Dept et al

[Page 3]

1) Classification Officer Fryburg
1) State of N.H.
2) State of N.H.
3) Continued From Allegation B Page 5 —
4) This time I had Officer Toriono, the other class officer at the jail. Toriono classes me medium security where I go and stay (without incident) for about a month and bail out. Fast Foward again to 3/1/15 when I get brought back to face breech of ~~bar~~ bail again for Drunk ~~bar~~. I meet Fryburg again and once again he say the "Point system" says MAX for me.

2) I contest it and he says he "will get back to me" never does. And because Max is so full I sit in E Tier, a classification unit, waiting for an opening. Fryburg will neither answer my grievance against him nor talk to me when I see him on the pod. It's my contention that Fryburg has an "ax to grind" as it were because of our first meeting when I told him he was un-fit to class people. And I believe it's retaliation that he places me on Max after I've proven myself write up free on g Tier a month or two prior when "Toriano" classed me there. A 1st Amendment violation which leads me into 8th and 14th

[HArm Done →] Amendment territory. When one considers that your locked down 21 hours a day, that with me not getting mental health meds. This is tatamount to tourture in the year 2015 —

Continued From Allegation 3
Page 5 —

Page 4

( Fryburg )

3) Not only that but in a inmate population of 200 inmates there is but 1 portable law library (computer) that can be brought to your unit, which I've requested 2 weeks ago and was told "Hold on". Even if the computer is brought to me on max its 3 hours out of cell in which I use phone, shower, ect. Then the portable is ~~put~~ put in the "Kiosk" room where only one inmate can be in there at a time and so with people wanting to use the kiosk to order canteen and do request I have to leave

4. The room. This is not reasonable Access to a "Law Library".

The harm being done to me is 1) my mental health will worsen being in a cell 21 hours a day without med for my Bipolar illness and

It affects my criminal and this civil case I'm filing.

Fryburg picks and selects who and why he put people on MAC and in my case I have no doubt that it is because of our first meeting. It should be noted that I've never had a write up or any problem in this jail.

Makes me think of the saying: "Give a man power you see the true man"

B. Please provide the full name, current title and address known for each defendant:

1. Name 1) WHITE /
2) Fryburg / classification  (Last)         (First)         (Initial)
3)
2. Title Superintendent
3. Address 314 D.W High Way, Boscawen N.H. 03303 ←
All Three Defendants Have Same Address As Above

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II. Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: PA Judy F Medical refuses to give plaintiff mental health meds. 8TH And 14TH Amendment / medical indifference

Supporting Facts: Plaintiff came in to M.C.D.O.C on 3/1/15 and was both Detoxing from Alchole withdrawls as well as suffering A manic and depressive episode from his mental illness, Bi Polar, which He was diginosed some 30 years Ago with and Has, over the years, Been Hospitalized over 40 someodd times. In Fact Plaintiff was in A mental Health Facility in Manchester N.H. The Cypress Center, Just A week Before His Arrest and subsequent incarseration in M.C.D.O.C on 3/1/15. Plaintiff was put on "Observation" in the medical dept Because He Had some suicidal Ideation And for A Period of 4 or 5 days liv.en Librium, For Detox from Alcohle, And A shot of Adavan to calm his manic symtoms down. After the 4 or 5 days in medical plaintiff was moved to E Tier, the Classification Unit And was continued on Librium And multi vitamins And given Trazidon At night to Help with sleep. P.A Judy said She would get my medical records, That I signed A release for

And Have Those Ready When The Librium was stoped In A week Which would put my start up of meds (Depakote And Thorzine) to start At or Around 3/7/15. Nothing Happened with that, That is getting

my mental health meds. I should be noted that in between plaintiff getting released from the Cypress Center and this 3/11/15 incarceration date plaintiff came in to M.C.P.O.C. for 1 night for a protective custody and left the next morning. Plaintiff has his meds from Cypress Center and the medical dept kept them and returned them the next morning to me. So the medical dept is well aware I had a active prescription which their record will and would reflect. So as of this writing, 3/25/15, and a goodly amount of questions to the nurses that come on the unit I'm on and grievances I have filed I sit in the dark as to what is going on. So in essence P.A. Judy F could have and should have used my release to get my meds "ready" as she said she would since 3/2/15 and or at least pulled the record I told her that should have had my Depakote, Thorazine, and Trazadone catalogued when I came in days prior with my prescriptions from the "Cypress Center" in Manchester N.H. As I've said I've had Bi-Polar illness for some 30 odd years. I have been on many different meds and combinations of meds for my illness and some drugs work and other don't and often it is that Bi-Polar people go through a series of different drugs that have the needed effect to correct

The Bipolar illness. Of course my complaint isn't about not getting the exact drugs I'm prescribed, Depacote, Thorzine and Trazadone. It is that I'm not getting the drugs that I need, specifically Depacote, A mood stabilizer, and Thorzine, A drug that slows my racing thoughts down. The Thorzine that I've been getting does help a bit but without the other two, Depacote and Thorzine, it's minimal. I need all 3 drugs to work in concert together to get the needed effect that I need to function properly. "It would be analogous to filling up three tires on a car and leaving the fourth flat, yes the car will run but it ain't running the way it's supp. to."
Well it's no different with me, I'm functioning but not like I do when I'm on meds, meds that are prescribed to me.
Not being on any meds can be debilitating in it's self add st. of being incarcerated and that magnifies the situation and my sympto
"continued on page 2 attached"

Allegation 2: Classification Officer Fryberg retaliated against plaintiff for "1st 8th And 14th", Telling Him He is Unfit To Be A classification officer And He Tries to Put me in max every Time He Sees me But The other classification officer, Torriano, Puts me in Medium security.

Supporting Facts: Classification officer Fry Burg Allways, 2 Times, Puts me in Max security. After interviewing me He say "The Point System" says I'm A Max inmate. This incarceration started on 3/11/15. A little Background history First Though. About 3 months Ago I met Fry Burg when I came in on these charges And He classified me As A Max inmate because He said The "Point system" used in This Jail indicated That's what I scored. At This Time I got upset with Him And Told Him He was Putting A Non violent offender, A Pretrial Inmate Also, In A Unit I didn't Agree I Should be In. The next Day I Bailed out of Jail. Fast Foward A month later, I came Back With An Additional Charge of Breach of Bail. (on to Page 3)

Allegation 3: Superintendent White Ignoring My request To griev / Not Answering My grievances And Taking No Action AT All About My Constitional Rights

Supporting Facts: Being violated, 1st 8th And 14th Amendment.

White refuses To Answer Any And All Complaints And grievances Plaintiff Has Written To Him About Not Recieving Mental Health Meds, Nor Answer Plaintiffs Complaints And grievances Against Classification Fry burgs Classing me To A Max security Unit. By Not Answering And Addressing These Complaints The Harm Caused by His inActions Harm Plaintiff With Cruel + unusual Treatment IE: Mental Health issues, Housing issues, which violates Plaintiffs 1st, 8th, + 14th Constitional rights. The Harm And Damage Done By His Inaction is Mental Stress That is No Different Than (on to Page 2 Attached)

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III. Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary): Plaintiff request relief As Follows:
1) For medical Dept (SJSL) To get Mental Health Meds.
2) For Classification To Put Plaintiff in A medium security Unit.
3) For Superintendent White To Answer Plaintiffs grievances And respond To Complaints made Against medical + Classification Dept's.
Continued on Back of Page:

Date: 3/25/15

Warren Picard
Signature of Plaintiff

The relief I need is point of fact my mental health me mental health meds. Without that I'm not stable day to day. Plaintiff has a history of suicide attempts, tried to hang myself in Nashua Police Station some years back, a overdose on my mental health meds in which I ended up in I.C.U. and then hospitalized. And a self strangleation I Hillsbrough County Jail 3 years ago.

The relief is simple, give me my meds, enough damage has been done, Jails today this one in my case weighs $'s over mental health. One shouldent leave a Jail, And I will, in worse mental health than when he came in.

I suppose my next thing would be to asked for injuctive relief.

I'm held in communicado when I a few hundred feet from the medical dept in this Jail.

At this point I believe I do need a court appointed lawyer because for me to fight this treatment and my condiditions I'm living in requires, at leat, axcess to a law library, and time out of my cell to do just that axcess the law library. I want to go to trial so the courts and the public knows what goes on in these places is 2015.

Warren Picard

State of New Hampshire          ]
                                ]    ss
County of __merrimack__         ]


_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.


Subscribed and sworn before me this _____ day of _____, 20____..


_____
Notary Public/Justice of the Peace

---

**O R**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

__3/25/15__                          __Warren Picard__
DATE                                 SIGNATURE

---

### JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES (✓)    NO (__)
**(check one only)**


Date: __3/25/15__              __Warren Picard__
                               Signature of Plaintiff

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Warren R Picard

**DEFENDANTS** NH.S. District Superintendent White, Classification Officer Fryburg)

U.S. DISTRICT COURT DISTRICT OF NH FILED 2015 MAR 25

**(b)** County of Residence of First Listed Plaintiff: Merrimack N.H.
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Hillsbruck, N.H.
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Warren Picard Pro-se 314 Dw. Highway, Boscawen N.H. 03303

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  |  | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability |  | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education / ☒ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
1983 Action

Brief description of cause:
Jail will not give plaintiff mental health meds.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD: Warren Picard Pro se

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Could you send me the other:

1) Certificate of Custodial Institution Form

2) 3 Summons Forms

Thank you
Warren Picard

Warren Picard
314 D.W. Highway
Boscawen NH -
03303

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 MAR 25 A 11: 55