Picard v. Merrimack
County Department of
Corrections, Superintendent et al

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 APR 29 A 11:33

## Motion To Withdraw 1983 Action Against M.C.D.O.C et al

Plaintiff Warren Picard Pro se, seeks to withdraw civil action, 1:15-cv-00105-JL, without prejudice, against M.C.D.O.C et al.

Plaintiff seeks withdrawl at this time because matters in suit have or are being addressed at this time.

Plaintiff ask suit be dismissed without prejudice in-case of any retaliatory action taken by M.C.D.O.C.

Warren Picard

*Warren Picard* (signature)